IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BLAIR, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO.  2:09cv805-ID |
| | ) |
| SHERIFF MEEKS, | ) |
| | ) |
|    Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On September 4, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii).

An appropriate judgment will be entered consistent with this Memorandum Opinion and Order.

DONE this the 28th day of September, 2009.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE